IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MORRIS A. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:19-cv-1621 |
| | ) | |
| v. | ) | Judge David S. Cercone |
| | ) | Magistrate Judge Patricia L. Dodge |
| ERIC TICE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Before the Court is the petition for a writ of habeas corpus (ECF No. 3) filed by state prisoner Morris A. Williams ("Petitioner") under 28 U.S.C. § 2254. On April 16, 2020, the magistrate judge to whom this case was referred in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges issued a Report and Recommendation (ECF No. 4) in which she recommended that the Court summarily dismiss the petition with prejudice because the claims Petitioner brings in it are untimely under the applicable one-year statute of limitations, which is codified at 28 U.S.C. § 2244(d). The magistrate judge also recommended that the Court deny a certificate of appealability.

Petitioner's objections to the Report and Recommendation were due by April 30, 2020. He did not file objections.

After *de novo* review of the petition and after considering the Report and Recommendation, the following order is entered:

AND NOW, this 7th day of May, 2020;

IT IS HEREBY ORDERED that the petition is dismissed with prejudice and a certificate of appealability is denied. The Report and Recommendation (ECF No. 4) of Magistrate Judge

1

Patricia L. Dodge, filed on April 16, 2020, is adopted as the opinion of the Court. The Clerk of Court shall mark this case **CLOSED**.

<u>/s/ Davis Stewart Cercone</u>
David Stewart Cercone
United States District Judge

cc:   Morris A. Williams
      AJ-1391
      SCI Somerset
      1600 Walters Mill Road
      Somerset, PA 15510

      (Via First Class Mail)